LAWRENCE A. LEO, Appellant, v. JAMES CAMELI, BUILDER, INC. et al., Respondents.— In this action to recover a deposit paid pursuant to an agreement for the purchase of real property, plaintiff appeals from an order of the County Court, Dutchess County, denying his motion for summary judgment

under rule 113 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.